**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESUS VILLA, | |
| Plaintiff, | 2:14-cv-01107-RFB-VCF |
| vs. | **ORDER** |
| HIGH NOON WEST, LLC, COURTROOM TELEVISION NETWORK LLC d/b/a Turner; TURNER WARNER INC.; DOES 1 through 20; ROE CORPORATION 1 through 20, inclusive. | |
| Defendant. | |

Before the court are Plaintiff's Counsel's Motion to Withdraw as Counsel of Record (#51) and Defendants' Emergency Motion to Extend Defendants' Time to Respond to Certain Discovery (#52).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Counsel's Motion to Withdraw as Counsel of Record (#51) and Defendants' Emergency Motion to Extend Defendants' Time to Respond to Certain Discovery (#52) is scheduled for 10:00 a.m., February 19, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that Plaintiff Jesus Villa must attend the hearing in person at <u>10:00 a.m., February 19, 2016</u>.

DATED this 11th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE