# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JESUS VILLA,

        Plaintiff,

vs.

HIGH NOON WEST, LLC, *et al.*,

        Defendants.

2:14-cv-01107-RFB-VCF

**ORDER**

    Before the court is Plaintiff's Stipulation to Extend Time to Amend Complaint (ECF NO. 59).

    Under Local Rule 7-1(a), stipulations relating to proceedings before the court, except stipulations made in open court that are noted in the clerk's minutes or the court reporter's notes, must be in writing and signed by all parties who have appeared or their attorneys. Here, this stipulation is only signed by the Plaintiff.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Stipulation to Extend Time to Amend Complaint (ECF NO. 59) is DENIED.

    DATED this 16th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE