CRAIG R. BREITMAN
(PRO HAC VICE)
ERIC O. FREEMAN
NEVADA BAR NO. 6648
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:    cbreitman@selmanlaw.com
Email:    efreeman@selmanlaw.com

Attorneys for Defendants HIGH NOON WEST, LLC;
COURTROOM TELEVISION NETWORK LLC d/b/a truTV;
TURNER BROADCASTING SYSTEM, INC.; TIME WARNER
INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS VILLA,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>HIGH NOON WEST, LLC; COURTROOM TELEVISION NETWORK LLC d/b/a truTV; TURNER BROADCASTING SYSTEM, INC.; TIME WARNER INC.; DOES 1 through 20; ROE CORPORATION 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01107-RFB-VCF<br><br>[~~PROPOSED~~] ORDER RE DEFENDANTS' MOTION TO LIFT DISCOVERY STAY |

　　　　The Defendant's Motion to Lift the Discovery Stay of April 12, 2016 is granted. Separately, the Court will enter an Order re Discovery Plan, etc.

1

## ORDER

Good Cause appearing therefor, IT IS SO ORDERED.

DATED: July 14, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

SELMAN BREITMAN LLP

*/s/ Eric O. Freeman*
ERIC O. FREEMAN, ESQ.
Nevada Bar No. 6648
3993 Howard Hughes Parkway, #200
Las Vegas, Nevada 89169-0961
*Attorney for Defendants*

2