# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| JESUS VILLA, | |
| Plaintiff, | 2:14-cv-01107-RFB-VCF |
| vs. | **ORDER** |
| HIGH NOON WEST, LLC, *et al.*, | |
| Defendants. | |

Before the court is Defendant's Motion to Lift Stay on Discovery and Adopt Amended Discovery Plan and Scheduling Order; Declaration of Craig R. Breitman (ECF NO. 62).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed. Here, it would seem that Plaintiff has consented to the granting of the motion.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the discovery stay is lifted.

IT IS FURTHER ORDERED that Defendant's Motion to Lift Stay on Discovery and Adopt Amended Discovery Plan and Scheduling Order; Declaration of Craig R. Breitman (ECF NO. 62) is GRANTED.

DATED this 14th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE