UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

JESUS VILLA,

        Plaintiff,

vs.

HIGH NOON WEST, LLC; *et.al.*,

        Defendants.

Case No. 2:14–cv–1107–RFB–VCF

**ORDER**

Before the court are the following motions:

1) High Noon's Motion for an Independent Medical Examination of Plaintiff Jesus Villa (ECF No. 74)

2) Villa's Motion Surrounding Case (ECF No. 75)

3) High Noon's Motion to Extend Discovery Deadlines (ECF No. 77)

4) High Noon's Motion to Dismiss or in the Alternative Compel Villa's Deposition (ECF No. 78)

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 3:00 p.m., October 7, 2016, in courtroom 3D.

IT IS SO ORDERED.

DATED this 9th day of September, 2016.

                                                                  CAM FERENBACH
                                                                  UNITED STATES MAGISTRATE JUDGE